IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Purnell, Karen L

Printed: 12/23/08

Case Number: 06 B 00480
Judge: Hollis, Pamela S
Filed: 1/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: July 10, 2008
Confirmed: March 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,564.98 |  |
| Secured: |  | 10,839.76 |
| Unsecured: |  | 3,938.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,949.20 |
| Trustee Fee: |  | 1,029.35 |
| Other Funds: |  | 807.96 |
| Totals: | 19,564.98 | 19,564.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,949.20 | 2,949.20 |
| 2. | Drive Financial Services | Secured | 10,839.76 | 10,839.76 |
| 3. | Drive Financial Services | Unsecured | 2,791.22 | 2,791.22 |
| 4. | Peoples Energy Corp | Unsecured | 2,410.96 | 0.00 |
| 5. | Wow Internet | Unsecured | 152.64 | 152.64 |
| 6. | Brother Loan & Finance | Unsecured | 0.00 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 994.85 | 994.85 |
| 8. | Credit Management Service | Unsecured |  | No Claim Filed |
| 9. | Harris & Harris | Unsecured |  | No Claim Filed |
| 10. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 11. | Medical Collections | Unsecured |  | No Claim Filed |
| 12. | Roseland Community Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,138.63 | $ 17,727.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 149.43 |
| 5% | 113.39 |
| 4.8% | 187.93 |
| 5.4% | 304.79 |
| 6.5% | 273.81 |
|  | $ 1,029.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Purnell, Karen L

Printed: 12/23/08

Case Number:  06 B 00480
Judge:  Hollis, Pamela S
Filed:  1/19/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

